ESTATE OF LICHTFUS: PREY, Appellant, vs. ESTATE OF LICHTFUS, Respondent.

For the appellant: *Harold W. Hartwig* of Watertown, attorney, and *Paul H. Paulsen* of Milwaukee of counsel.

For the respondent: *Jeffris, Mouat, Oestreich, Avery & Wood* of Janesville.

*By the Court.*—Judgment affirmed.

KNOLL, by guardian *ad litem*, Appellant, vs. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY COMPANY, Respondent.

For the appellant: *Benton, Bosser & Tuttrup* of Appleton.

For the respondent: *Hayes, Coleman, McCauley & Hayes*, attorneys, and *W. A. Hayes* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

ESTATE OF ECKSTEIN: NEUMANN, Appellant, vs. ESTATE OF ECKSTEIN, Respondent.

For the appellant: *D. K. Allen* of Oshkosh.

For the respondent: *Barber, Keefe, Patri & Horwitz* of Oshkosh.

*By the Court.*—Judgment affirmed.